FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
_Texarkana_ DIVISION

James Mack

(Enter above the full name of the plaintiff
in this action.)

Prisoner ID No. 108458

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

SEP 0 1 2010

CHRIS R. JOHNSON, CLERK

BY
DEPUTY CLERK

V.                    CASE NO. 10-4129

Ron Stovall, Sheriff
Jonny Welsh, Sgt.
Tracey Smith, Cpl.
Rachel Jones

(Enter above the **full** name of the defendant,
or defendants, in this action.)

I.    **Previous Lawsuits**

    A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

       Yes _____    No __X__

    B.   If your answer to A is yes, describe each lawsuit in the space below **including the exact plaintiff name or alias used.** (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

       1.  Parties to this lawsuit

         Plaintiffs: _____

         Defendants: _____

       2.  Court (if federal court, name the district; if state, name the county:

N/A

3.    Docket number: _____

4.    Name of judge to whom case was assigned: _____

5.    Disposition (for example:  Was the case dismissed?  Was it appealed?
      Is it still pending?) _____

6.    Approximate date of filing lawsuit: _____

7.    Approximate date of disposition: _____

II.    **Place of Present Confinement:** 2300 East St, Miller County
Correctional Facility, Texarkana, Ar. 71854

III.    There is a written prisoner grievance procedure in the Arkansas Department of
Correction and in your county jail. <u>Failure to complete the grievance procedure may
affect your case in federal court.</u>

A.    Did you present the facts relating to your complaint in the state or county
written prisoner grievance procedure?

Yes __X__                    No _____

B.    If your answer is YES, Attach copies of the most recent written
grievance(s)/response(s) relating to your claims showing completion of the
grievance procedure.  <u>FAILURE TO ATTACH THE REQUIRED COPIES
MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.</u>

C.    If your answer is NO, explain why not: _____

N/A

IV.    **Parties**

(In item A below, place  your name in the first blank and place your present address
in the second blank.)

A.    Name of plaintiff: James Mack
Address: 2300 East St, Miller County
Correctional Facility, Texarkana, Ar. 71854

(In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

B.  Defendant: Ron Stovall

Position: Sheriffs

Place of Employment: Miller County Correctional Facility

Address: 2300 East St., Texarkana, Ar. 71854

Defendant: Johnny Welsh

Position: Sergeant

Place of Employment: Miller County Correctional Facility

Address: 2300 East St., Texarkana, Ar. 71854

Defendant: Tracey Smith

Position: Corporal

Place of Employment: Miller County Correctional Facility

Address: 2300 East St., Texarkana, Ar. 71854

Defendant: Rachel Jones

Position: Officer

Place of Employment: Miller County Correctional Facility

Address: 2300 East St., Texarkana, Ar. 71854

Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

## V.    Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is
involved. Include also the names of other persons involved, dates and places. Do not
give any legal arguments or cite any cases or statutes. If you intend to allege a number
of related claims, number and set forth each claim in a separate paragraph. (Use as
much space as you need. Attach extra sheets if necessary.)

ON JUNE 15th,12010 AT APPROXIMATELY 11;oopm to 12;00pm
OFFICER CORP.SMITH TRIED TO SNATCH MY BLACK WAVE CAP OFF
OF MY HEAD; I TOLD THIS OFFICER NOT TO PUT HIS HANDS ON ME
AND I TRIED TO COMPRIMISE ON THIS MATTER WITH SGT.WELSH AN
HE TRIED TO GRAB MY WAVE CAP AS WELL. I TOLD SGT.WELSH THAT
I WOULD PULL MY OWN WAVE CAP OFF OF MY HEAD AND DONT PUT
YOUR HANDS ON ME. SGT. WELSH AND CORP.SMITH THEN RUSHED ME
AND GRABBED MY ARMS; THEY HAD ME RESTRAINED BUT SGT.WELSH
INSTRUCTED OFFICER RACHEL JONES TO SHOOT ME ANY WAY, AND
OFFICER RACHEL JONES COMPLIED WITH SGT.WELSH'S ORDERS AND
SHOT ME IN THE BACK WITH A TASER WHICH WAS ALL CAUGHT ON
CAMERA AND TAPE. THE ACTIONS OF THE OFFICERS AMOUNTED TO
A USE AND ABUSE OF POWER AND A USE OF EXCESSIVE FORCE. THE
SAME AMOUNTED TO CREUL AND UNUSUAL PUNISHMENT. I SUBMIT
THAT IN ORDER TO FULLY DISCLOSE MY COMPLAINT I SHALL HAVE
TO SUBMIT THE ATTACHED MEMORANDUM IN SUPPORT OF THE SAME.

## VI.    Relief

<u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments.
Cite no cases or statutes.

I am seeking all damages for past and future
mental anguish of $50 Million dollars. I am also
seeking $150 Million dollars for physical impairment
along with court cost and Attorney fee paid by all parties
involved.

I declare (or certify, verify, or state) under penalty of perjury (18 U.S.C. § 1621)
that the foregoing is true and correct.

Executed this Aug 13 day of _____, 20 1 0 .

JAMES MACK
**Printed Name of Plaintiff**

James Mack
**Signature of Plaintiff**